HETTIE HERTZMARK, PROSECUTOR, v. JOHN CONWAY, SUPERINTENDENT OF BUILDINGS, AND CITY OF ATLANTIC CITY, DEFENDANTS.

---

GEORGE A. CASTEEN, PROSECUTOR, v. JOHN CONWAY. SUPERINTENDENT OF BUILDINGS, AND CITY OF ATLANTIC CITY, DEFENDANTS.

Argued February 23, 1927—Decided February 26, 1927.

On application for *certiorari* of building permit.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutors, *Clifton C. Shinn.*

For the defendants, *Joseph B. Perskie.*

PER CURIAM.

Upon consideration of the affidavits and argument of counsel, we come to the conclusion that the application is without substantial merit.

A writ of *certiorari* is therefore refused. If a rule to show cause was made herein, the same will be discharged.

Defendants are entitled to costs.